UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN THOMAS RAFTERY,

    Plaintiff,

vs.                                        Case No. 8:16-cv-0353-T-27JSS

VERMONT STUDENT ASSISTANCE
CORPORATION,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion to Proceed *in Forma Pauperis* be denied and Plaintiff's Complaint be dismissed (Dkt. 3). Plaintiff has not objected to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion to Proceed *in Forma Pauperis* (Dkt. 2) is **DENIED** *without prejudice*.

3) Plaintiff's Complaint (Dkt. 1) is **DISMISSED** *without prejudice*.

4) Plaintiff is **GRANTED** 14 days to amend his complaint to state the basis of this Court's jurisdiction. <u>**Failure to file an amended complaint within 14 days will result in dismissal of this action**</u>.

5) At the time he amends his complaint, Plaintiff must file a renewed motion for leave to proceed *in forma pauperis* or pay the filing fee.

**DONE AND ORDERED** on this 8th day of March, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to: *Pro se* Plaintiff